UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 23-1306-KK-DFMx | Date: | May 24, 2024 |
| Title: | *Lindsay A. Vasquez v. Aramark Campus LLC, et al.* | | |

Present: The Honorable  KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Order to Show Cause Why Sanctions Should Not Be Imposed for Failure to File Post-Mediation Joint Status Report**

On May 10, 2023, plaintiff Lindsay A. Vasquez ("Plaintiff") initiated the instant class action against defendant Aramark Campus LLC ("Defendant") by filing a Complaint in Orange County Superior Court. ECF Docket No. ("Dkt.") 1-1 at 8-36. On July 19, 2023, Defendant removed the action to this Court. Dkt. 1.

On March 26, 2024, the parties filed a Stipulation seeking a stay of all proceedings or, in the alternative, a continuance of pretrial and trial dates and deadlines in light of the parties' May 9, 2024 mediation date. Dkt. 32. On March 27, 2024, the Court issued an Order granting the parties' request for a continuance. Dkt. 33. The Court further ordered the parties to file a joint status report regarding the outcome of the May 9, 2024 mediation proceeding within seven days of completion of the proceeding. Id. at 3.

The parties were, therefore, required to file a joint status report regarding the outcome of the parties' mediation no later than May 16, 2024. However, to date, the Court has not received a joint status report. Thus, the parties are in violation of the Court's March 27, 2024 Order.

The Court has inherent power to impose sanctions for "willful disobedience of a court order[.]" See Evon v. Law Offices of Sidney Mickell, 688 F.3d 1015, 1035 (9th Cir. 2012). Before imposing sanctions, the Court will afford the parties an opportunity to explain their failure to file a joint status report as directed by the Court's March 27, 2024 Order.

      Accordingly, Plaintiff and Defendant are **ORDERED TO SHOW CAUSE** in writing why sanctions should not be imposed.  The parties shall have **up to and including May 30, 2024** to file responses to this Order.

      **Furthermore, Plaintiff is expressly warned that failure to timely file a response to this Order <u>will</u> result in this action being dismissed without prejudice for failure to prosecute and comply with Court orders.  <u>See</u> FED. R. CIV. P. 41(b).**

      **IT IS SO ORDERED.**